UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: MELENDEZ, JOSE ARMANDO | § | Case No. 13-00244-JKC-7 |
| MELENDEZ, LILIAN CARMEN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 11, 2013. The undersigned trustee was appointed on January 11, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          2,129.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 80.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 657.64 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 1,391.36 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/29/2013 and the deadline for filing governmental claims was 07/26/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $367.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $367.84, for a total compensation of $367.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $56.62, for total expenses of $56.62.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2013       By: /s/MICHAEL J. HEBENSTREIT
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-00244-JKC-7  
**Case Name:** MELENDEZ, JOSE ARMANDO  
MELENDEZ, LILIAN CARMEN  
**Period Ending:** 12/16/13

**Trustee:** (340480) MICHAEL J. HEBENSTREIT  
**Filed (f) or Converted (c):** 01/11/13 (f)  
**§341(a) Meeting Date:** 02/20/13  
**Claims Bar Date:** 05/29/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residential property, attached garage 8254 Ossia  Imported from original petition Doc# 1; Lien: Account No.xx-xx-xx-xxx-xxx.xx0-200  Marion County Treasurer  200 E Washington Street, Suite 1041  Indianapolis, IN 46204  -  Amount: 2000.00; Lien: Account No.xx-xx-xx-xxx-xxx.xx0-200  Marion County Treasurer  200 E Washington Street, Suite 1041  Indianapolis, IN 46204  -  Amount: 2000.00 Lien: Account No.xxxx5701  Tri-County Conservanty District  c/o Aspire CPAs, PC  8425 Woodfield Crossing Blvd, Ste 110  Indianapolis, IN 46240  -  Amount: 3172.64; Lien: Account No.xx-xx-xx-xxx-xxx.xx0-200  Marion County Treasurer  200 E Washington Street, Suite 1041  Indianapolis, IN 46204  -  Amount: 2000.00 Lien: Account No.xxxx5701  Tri-County Conservanty District  c/o Aspire CPAs, PC  8425 Woodfield Crossing Blvd, Ste 110  Indianapolis, IN 46240  -  Amount: 3172.64 Lien: Account No.Unknown  c/o Johnson, Blumberg & Associates, LLC  230 W Monroe Street, Suite 1125  Chicago, IL 60606  -  Amount: 163713.54 | 111,700.00 | 0.00 | | 0.00 | FA |
| 2  PNC Bank checking acct. no. 6512 Account is join  Imported from original petition Doc# 1; Exemption: PNC Bank checking acct. no. 6512 Account is joint with Debtors' daughter. Wife's paycheck is direct deposited into account. - Amount: 17.36 | 17.36 | 0.00 | | 0.00 | FA |
| 3  Fifth Third Bank checking acct. no. 9527  Imported from original petition Doc# 1; Exemption: | 25.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-00244-JKC-7  
**Case Name:** MELENDEZ, JOSE ARMANDO  
  MELENDEZ, LILIAN CARMEN  
**Period Ending:** 12/16/13

**Trustee:** (340480) MICHAEL J. HEBENSTREIT  
**Filed (f) or Converted (c):** 01/11/13 (f)  
**§341(a) Meeting Date:** 02/20/13  
**Claims Bar Date:** 05/29/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Fifth Third Bank checking acct. no. 9527 - Amount: 25.00 | | | | | |
| 4 | Household furniture and furnishings<br>  Imported from original petition Doc# 1; Exemption: Household furniture and furnishings - Amount: 600.00 | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes<br>  Imported from original petition Doc# 1; Exemption: Clothes - Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Two gold wedding bands<br>  Imported from original petition Doc# 1; Exemption: Two gold wedding bands - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 2012 federal and state tax refund<br>  Imported from original petition Doc# 1; Exemption: 2012 federal and state tax refund - Amount: 657.64 | Unknown | 0.00 | | 2,129.00 | FA |
| 8 | 2003 Dodge Grand Caravan - 235,500 miles<br>  Imported from original petition Doc# 1; Exemption: 2003 Dodge Grand Caravan - 235,500 miles - Amount: 1600.00 | 1,600.00 | 0.00 | | 0.00 | FA |
| 8 Assets | **Totals** (Excluding unknown values) | **$114,442.36** | **$0.00** | | **$2,129.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  tax refund  
  Fed 1184 + State 945 less Exempt Claimed - 657.64 = 1471.36 to Estate  (No EIC)

**Initial Projected Date Of Final Report (TFR):**   January 11, 2015    **Current Projected Date Of Final Report (TFR):**   December 16, 2013  (Actual)

Printed: 12/16/2013 02:57 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-00244-JKC-7  
**Case Name:** MELENDEZ, JOSE ARMANDO  
MELENDEZ, LILIAN CARMEN  
**Taxpayer ID #:** **-***8442  
**Period Ending:** 12/16/13  

**Trustee:** MICHAEL J. HEBENSTREIT (340480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $1,190,587.50 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/13 | {7} | Auditor State of Indiana | tax refund | 1124-000 | 945.00 | | 945.00 |
| 03/14/13 | {7} | US Treasury | tax refund | 1124-000 | 1,184.00 | | 2,129.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,119.00 |
| 04/02/13 | 101 | Jose Armando Melendez and Lilian C. Melendez | Tax refund exemptions and/or EIC | 8100-002 | | 657.64 | 1,461.36 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,451.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,441.36 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,431.36 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,421.36 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,411.36 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,401.36 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,391.36 |
| | | **ACCOUNT TOTALS** | | | 2,129.00 | 737.64 | **$1,391.36** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 2,129.00 | 737.64 | |
| | | Less: Payments to Debtors | | | | 657.64 | |
| | | **NET Receipts / Disbursements** | | | **$2,129.00** | **$80.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6666** | 2,129.00 | 80.00 | 1,391.36 |
| | **$2,129.00** | **$80.00** | **$1,391.36** |

{} Asset reference(s)    Printed: 12/16/2013 02:57 PM    V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 29, 2013

**Case Number:** 13-00244-JKC-7
**Debtor Name:** MELENDEZ, JOSE ARMANDO

Page: 1

**Date:** December 16, 2013
**Time:** 02:57:52 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | MICHAEL J. HEBENSTREIT<br>151 North Delaware St # 2000<br>Indianapolis, IN 46204 | Admin Ch. 7 | | $367.84 | $0.00 | 367.84 |
| 200 | MICHAEL J. HEBENSTREIT<br>151 North Delaware St # 2000<br>Indianapolis, IN 46204 | Admin Ch. 7 | | $56.62 | $0.00 | 56.62 |
| 1<br>610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,046.28 | $0.00 | 1,046.28 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $652.71 | $0.00 | 652.71 |
| 3<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,104.37 | $0.00 | 3,104.37 |
| 4<br>610 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $1,185.86 | $0.00 | 1,185.86 |
| 5<br>610 | MEDSHIELD, INC.<br>2424 E 55TH STREET<br>INDIANAPOLIS, IN 46220 | Unsecured | | $246.08 | $0.00 | 246.08 |
| 6<br>610 | eCAST Settlement Corp,<br>Assignee of Capital One, N.A.,Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Road<br>Tucson, AZ 85712 | Unsecured | | $811.54 | $0.00 | 811.54 |
| << Totals >> | | | | 7,471.30 | 0.00 | 7,471.30 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00244-JKC-7
Case Name: MELENDEZ, JOSE ARMANDO
Trustee Name: MICHAEL J. HEBENSTREIT

| | **Balance on hand:** | $ | 1,391.36 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 1,391.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL J. HEBENSTREIT | 367.84 | 0.00 | 367.84 |
| Trustee, Expenses - MICHAEL J. HEBENSTREIT | 56.62 | 0.00 | 56.62 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 424.46 |
| Remaining balance: | $ | 966.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 966.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 966.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 7,046.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC | 1,046.28 | 0.00 | 143.57 |
| 2 | Capital One Bank (USA), N.A. | 652.71 | 0.00 | 89.56 |
| 3 | Capital One Bank (USA), N.A. | 3,104.37 | 0.00 | 425.95 |
| 4 | American InfoSource LP as agent for | 1,185.86 | 0.00 | 162.71 |
| 5 | MEDSHIELD, INC. | 246.08 | 0.00 | 33.76 |
| 6 | eCAST Settlement Corp, | 811.54 | 0.00 | 111.35 |

Total to be paid for timely general unsecured claims: $ 966.90
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**